■ In the Matter of OSRIEL L., a Person Alleged to be a Juvenile Delinquent, Appellant. [8 NYS3d 557]—

Order, Family Court, Bronx County (Gayle P. Roberts, J.),

entered on or about January 17, 2014, which adjudicated appellant a juvenile delinquent upon a fact-finding determination that he committed acts that, if committed by an adult, would constitute the crimes of robbery in the third degree, grand larceny in the fourth degree, criminal possession of stolen property in the fifth degree, attempted assault in the third degree, menacing in the third degree (two counts) and assault in the third degree, and placed him with the Office of Children and Family Services for a period of 12 months, unanimously affirmed, without costs.

The court's finding was based on legally sufficient evidence and was not against the weight of the evidence (*see People v Danielson*, 9 NY3d 342, 348-349 [2007]). There is no basis for disturbing the court's credibility determinations. Concur—Sweeny, J.P., Renwick, Andrias, Moskowitz and Gische, JJ.